# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street                                                                                           Telephone: (347) 687-2019
Suite 308                                                                                                    cmulhollandesq@gmail.com
Astoria, NY 11106

May 9, 2025

**VIA ECF**
Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



**Re Cubias v. Vyse Realty LLC, et al., 24-cv-7713**

Your Honor:

      The parties would respectfully request an additional 30 days to submit their Cheeks motion. Counsel have exchanged proposed edits and terms for a final long form agreement. We have a proposed final for client comment and review. Furthermore, the Plaintiff is in the process of moving out from the building owned by the Defendants.

      If the Court would so permit, the parties would respectfully quest leave to file their Cheeks motion on or before June 6, 2025.

      This is the first request for an extension.

                                          Respectfully Submitted,

                                          /s/ Colin Mulholland, Esq.

Application GRANTED.  The parties are directed to file their *Cheeks* motion on or before **June 6, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Dated:    May 9, 2025
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE