# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170

June 4, 2025

*Via ECF*
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10017



   Re:  *Cubias v. Vyse Realty LLC et al (24-CV-07713)*

Dear Hon. Polk Failla,

      This office is co-counsel represents the Defendants in the above-referenced matter. I am writing on behalf of all parties to respectfully request a brief extension of the deadline for the parties to submit a settlement agreement and motion for court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015). Counsel for the parties have worked diligently and cooperatively to finalize the terms of the settlement agreement. The current deadline is June 6, 2025. The parties respectfully request a two-week extension. If granted, the new deadline would be June 20, 2025, and no future deadlines would be affected. This is the parties' second request for an extension.

      Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:   *Counsel for all parties*

1

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 26.

Dated:      June 5, 2025                 SO ORDERED.
            New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE