# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  Telephone: (347) 687-2019
Suite 308  cmulhollandesq@gmail.com
Astoria, NY 11106

June 20, 2025

**VIA ECF**
Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



**Re Cubias v. Vyse Realty LLC, et al., 24-cv-7713**

Your Honor:

The parties would respectfully request an additional 6 days to submit their Cheeks motion. Counsel have arrived at a final draft just week and the draft is out for execution. Defendants have executed already. Plaintiff is coming into my office Tuesday to execute because he has limited familiarity with remote means of signing.

This is the third request for an extension. Plaintiff apologizes for the last-minute request.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.

Dated:    June 23, 2025          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE